AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:21-mj-87
U.S. Postal Service Priority Mail parcel 9505 5146 9126 )
1033 2173 96 addressed to "Justin M Bates, PO Box )
4670, Newark, OH 43058" )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Southern___ District of ___Ohio___
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___2-22-21___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Chelsey M. Vascura___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___2-8-21 @ 1:15pm___           ___[signature]___
                                                              *Judge's signature*

City and state: ___Columbus, Ohio___           ___Chelsey M. Vascura, U.S. Magistrate Judge___
                                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:21-mj-87 | 2/8/21 1442 hrs | N/A |

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

Vacuum seal bags containing two bags of green leafy substance

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/11/21

*Executing officer's signature*

Dustin Rambacher, Special Agent
*Printed name and title*

## Attachment A

U.S. Postal Service Priority Mail parcel 9505 5146 9126 1033 2173 96 addressed to "Justin M Bates, PO Box 4670, Newark, OH 43058"

1

## Attachment B

Any controlled substances, contraband, fruits of the crime, attribution documents, notes, records, and/or currency related to illegal drug trafficking, which constitute evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b).